## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
DISTRICT District of Florida

Case Number: 20-CV-80081-DMM

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**GL MELBY, LLC ETC.**


MLS2020000297

For:
Gregory S. Sconzo*
LAW OFFICE OF GREGORY S. SCONZO, P.A.
5080 PGA BLVD.
SUITE 213
PALM BEACH GARDENS, FL 33418

Received by MULBERRY LEGAL SERVICES, INC. on the 23rd day of January, 2020 at 11:38 am to be served on **GL MELBY, LLC BY SERVING ITS REGISTERED AGENT, LARRY MELBY, 135 REMO PLACE, PALM BEACH GARDENS, FL 33418**.

I, Ralph C. Robinson, do hereby affirm that on the **24th day of January, 2020** at **1:45 pm, I:**

Effected corporate service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, at the within named registered agent's/officer's usual place of abode, to a person residing therein who is 15 years of age or older to wit: PHYLISS GROSI as CO-RESIDENT/MOTHER-IN-LAW and informing said person of the contents thereof, pursuant to F.S.S. 48.081 (3)(b).

**Description** of Person Served: Age: 70, Sex: F, Race/Skin Color: WHITE, Height: 5'5", Weight: 130, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Ralph C. Robinson**
CPS#1264

**MULBERRY LEGAL SERVICES, INC.**
**2101 Vista Parkway**
**Suite 103**
**West Palm Beach, FL 33411**
**(561) 624-0526**

Our Job Serial Number: MLS-2020000297
Ref: 00480-00001

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g